UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 08-20112-CR-GOLD

        Plaintiff,

VS.

ALI SHAYGAN,

        Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORTS & RECOMMENDATIONS

On January 9, 2009, this matter came for hearing pursuant to this Court's order setting oral argument on objections to the Magistrate Judge's Reports and Recommendations [DE 149 and 150]. Based on the matters presented and the argument of counsel, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Reports and Recommendations [DE 149 and 150] are hereby adopted and affirmed in their entirety for the reasons stated of record. It is further

**ORDERED AND ADJUDGED** that the defendant's motion to suppress statements [DE 68] is hereby **granted;** defendant's motion to quash search warrant, or in the alternative, for a search protocol [DE 62] is hereby **denied**; defendant's motion in *limine* to admit text of 21 U.S.C. §841(b)(1)(c) to inform jury of mandatory minimum sentence [DE 64] is hereby **denied**.

**DONE AND ORDERED** at Miami, Florida, this ____13th____ day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Sean Paul Cronin
       AUSA Andrea G. Hoffman
       Marc D. Seitles, Esquire
       David O. Markus, Esquire
       Robin E Kaplan, Esquire