UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20112-Cr-GOLD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ALI SHAYGAN,

       Defendant.
_____/

ANDREA HOFFMAN,

       Appellant
_____/

### NOTICE OF APPEARANCE FOR APPELLANT ANDREA HOFFMAN

PLEASE TAKE NOTICE that the undersigned counsel hereby appear on behalf of ANDREA HOFFMAN, for the purposes of appeal in the above-referenced matter and requests that copies of all pleadings be forwarded to them.

WE HEREBY CERTIFY that a true copy hereof has been mailed this __ day of April, 2009, to all parties on the attached Certificate of Service.

       Respectfully submitted,

       GRAY ROBINSON
       1221 Brickell Avenue, Suite 1650
       Miami, FL 33131
       Ph: (305) 416-6880/Fax: (305) 416-6887

       By: _____
       WILLIAM M. PEARSON
       Fla Bar No. 455253

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
Ph: (305) 358-2800 / Fax (305) 358-2382

By: _____
ROBERT C. JOSEFSBERG
Fla. Bar No. 040856

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2009, the foregoing document was filed with the Clerk of Court and sent via U.S. mail to: David Oscar Markus, Esq., 169 E. Flagler Street, Suite 1200, Miami, FL 33131 and AUSA Robert K. Senior and AUSA Ed Stamm, U.S. Attorney's Office, Southern District of Florida, 99 N.E. 4th Street, Miami, FL 33132.

_____
ROBERT C. JOSEFSBERG