UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 08-20112-CR-GOLD

    Plaintiff,

VS.

ALI SHAYGAN,

    Defendant(s).

_____/

## ORDER PLACING COMMUNICATION LETTERS OF RECORD

This matter is before this Court *sua sponte*. The attached letters issued by this Court on April 27, 2009, in connection with this case were inadvertently not filed and omitted from the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the attached letters are hereby filed with the Clerk of Court and made part of the record in this case.

**DONE AND ORDERED** at Miami, Florida, this _____14_____ day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc: Counsel of record

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
WILKIE D. FERGUSON COURTHOUSE
400 NORTH MIAMI AVENUE, 11TH FLOOR
MIAMI, FLORIDA 33128
305.523.5580

ALAN S. GOLD
DISTRICT JUDGE

April 27, 2009

Massachusetts Bar Association
Office of the Bar Counsel
99 High Street
Boston, Massachusetts 02110

Re:   Assistant U.S. Attorney Sean Paul Cronin
      Bar Number 647117

To Whom it May Concern:

    For your review and consideration, I am forwarding a copy of the opinion I issued in the matter of *U.S.A. vs. Ali Shaygan, Case No. 08-20112-CR-GOLD* along with Appellant Sean Paul Cronin's Notice of Appeal. Please consider whether Mr. Cronin is in violation of the applicable rules of practice for the State of Massachusetts.

    Thank you for your attention to this matter.

Sincerely,

Judge Alan S. Gold


cc:   Jeffrey H. Sloman, First Assistant U.S. Attorney
      AUSA Sean Paul Cronin
      David O. Markus, Esquire

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
WILKIE D. FERGUSON COURTHOUSE
400 NORTH MIAMI AVENUE, 11TH FLOOR
MIAMI, FLORIDA 33128
305.523.5580

ALAN S. GOLD
DISTRICT JUDGE

April 27, 2009

Edwin W. Frese, Jr., Esquire
Disciplinary Counsel-in-Charge, District 3 Office
Disciplinary Board of the Supreme Court of Pennsylvania
Office of Disciplinary Counsel
Two Lemoyne Drive - 2nd. floor
Lemoyne, PA 17043-7083

Re:   Assistant U.S. Attorney Andrea G. Hoffman
      Bar Number 58761

Dear Mr. Frese:

    For your review and consideration, I am forwarding a copy of the opinion I issued in the matter of *U.S.A. vs. Ali Shaygan, Case No. 08-20112-CR-GOLD* along with Appellant Andrea G. Hoffman's Notice of Appeal. Please consider whether Ms. Hoffman is in violation of the applicable rules of practice for the State of Pennsylvania.

    Thank you for your attention to this matter.

Sincerely,

Judge Alan S. Gold

cc:   Jeffrey H. Sloman, First Assistant U.S. Attorney
      AUSA Andrea G. Hoffman
      David O. Markus, Esquire